Shane D. McFetridge, WSBA #32746
Randall | Danskin, P.S.
601 W. Riverside Avenue, Suite 1500
Spokane, WA 99201-0653
Telephone: (509) 747-2052
E-mail: sdm@randalldanskin.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY ADAMS AND GAYLE ADAMS, and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No.<br><br>COMPLAINT FOR DAMAGES (FTCA) |

## I. PARTIES

1. Plaintiffs Gary Adams and Gayle Adams are now and were, at all times material hereto, husband and wife, and residents of Grant County, in the Eastern District of the State of Washington.

2. All acts and omissions herein complained of occurred in the Eastern District of the State of Washington.

COMPLAINT FOR DAMAGES (FTCA) - 1

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

## II. JURISDICTION AND VENUE

3. This Court has original jurisdiction over this civil action and personal jurisdiction over Defendant pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b).

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1402(b).

## III. FACTS

5. On April 29, 2016, Plaintiff Gary Adams was involved in a rollover accident while operating an ATV off-road, as a result of which, he landed on his left shoulder. Plaintiff Gayle Adams drove him to the Veterans Administration Hospital in Spokane, Washington, where he was examined in the Urgent Care department.

6. Among Plaintiff Mr. Adams' injuries were a separated shoulder and an undetermined number of broken ribs. In addition, three x-ray films of Mr. Adams' left shoulder area were taken which demonstrated a posterior dislocation of the left humeral head. The VA Urgent Care center referred Mr. Adams to Sacred Heart Medical Center in Spokane, Washington for reduction of the dislocated humeral head, and Plaintiff Gayle Adams drove Mr. Adams to Sacred Heart, where the reduction was accomplished that same day.

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

7. On May 6, 2016, Plaintiff Mr. Adams presented for follow-up care at the Veterans Administration facility located in Wenatchee, Washington. He was seen by Dr. John S. Mitchell, his primary care physician. Dr. Mitchell, without performing a physical examination or doing anything else to determine the extent of the damage to Mr. Adams' shoulder, prescribed a course of physical therapy, and made no further arrangements for follow-up with his office.

8. At all times material hereto, Dr. John S. Mitchell was an employee of the Department of Veteran Affairs, which is a federal agency of Defendant, and was acting within the scope of his employment at the time he provided medical care to Plaintiff Gary Adams.

9. Upon completion of the prescribed course of physical therapy, in August, Plaintiff Mr. Adams did not feel that he had experienced any significant improvement with respect to his shoulder, and requested another appointment with Dr. Mitchell. On September 15, 2016, Plaintiff Mr. Adams presented back to Dr. Mitchell, who then referred Mr. Adams for an MRI of his left shoulder, which was scheduled for October 13, 2016.

10. Shortly after the scheduled MRI was performed, Dr. Mitchell sent a letter to Plaintiff Gary Adams, in which Dr. Mitchell stated the following:

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

"Dear GARY WILLIAM ADAMS:

Your MRI shows a lot of damage in your shoulder. This will require orthopedic evaluation and treatment. If you would like for me to enter a consult for Seattle VA orthopedics to address this contact us at the CBOC and I will do so.

Here are the results of your recent tests:

Radiological Exams:
The results to your recent Imaging examination was:

Impression:

    1. Massive rotator cuff tear with complete full-thickness tears of the supraspinatus, infraspinatus, and subscapularis tendons. The tendons are retracted to the level of or just beyond the glenohumeral joint margin and there is associated mild fatty atrophy of the supraspinatus and infraspinatus muscles.

    2. The completely subscapularis tendon tear allows for medial dislocation of the Long head biceps tendon into the glenohumeral joint anteriorly. There is associated modest biceps tendinosis but no evidence of focal tearing.

    3. Grade 3 articular chondral loss of the glenoid articular fossa."

    11.    After receiving the letter from Dr. Mitchell, Plaintiff Mr. Adams presented back to the Veteran Administration and was referred to orthopedic

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

surgeon, Dr. James Dahl. On December 9, 2016, after an examination and review of the October 13 MRI of Plaintiff Mr. Adams' shoulder, Dr. Dahl advised Mr. Adams that, given the amount of time that had passed since the initial injury, it might not be possible to surgically repair his rotator cuff tear and retraction of the muscles and tendons that could be seen on the MRI.

12. Thereafter, on February 1, 2017, Plaintiff Gary Adams presented to orthopedist, Dr. Jeremiah Malachi Clinton, in Spokane, Washington, for a second opinion. After a physical examination and review of the MRI of Mr. Adams' shoulder, Dr. Clinton advised Mr. Adams that the "massive tear" of Mr. Adams' rotator cuff was not repairable, "given its chronicity and level of retraction."

13. Plaintiff Mr. Adams is unable to lift his left arm above his naval and has experienced a loss of arm strength. Mr. Adams also experiences numbness in the fingers of his left hand, and his shoulder grates and grinds when he attempts to move it. Mr. Adams takes pain medication on a daily basis.

14. Plaintiff Mr. Adams is a farmer, rancher and real estate developer. Because of the significant limitations with respect to the use of his left arm, Mr. Adams can no longer perform many of the everyday tasks associated with

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

his work, including feeding and caring for his animals, assisting with construction activities and operating and maintaining equipment. Mr. Adams has had to hire third parties to perform many of these activities. In addition, Plaintiff Gayle Adams has had to take over the performance of some of these activities.

15. Plaintiffs have been married for over eight years. Prior to Plaintiff Mr. Adams' shoulder injury, he used to enjoy training young horses, and he and Plaintiff Ms. Adams both enjoyed riding horses and going hunting together. Following Plaintiff Mr. Adams' shoulder injury, he now has significant limitations with respect to the activities Plaintiffs used to enjoy together.

16. Plaintiffs presented the Department of Veteran Affairs with their Notices of Claim dated October 11, 2018. Plaintiffs' Claims were denied.

17. Plaintiffs have exhausted their Administrative remedies in compliance with 28 U.S.C. § 2675.

### IV. FIRST CAUSE OF ACTION
### (Medical Malpractice as to Plaintiff Gary Adams)

18. Plaintiffs re-allege and incorporate herein, all allegations set forth in paragraphs 1 through 18 above.

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

19. Defendant, by and through its employee, John S. Mitchell, M.D., in providing medical care to Plaintiff Gary Adams, violated the applicable standard of medical care, and was therefore negligent by failing to perform a physical examination and order radiology in order to determine the full nature and extent of the damage to Mr. Adams' shoulder while the damage was still reparable.

20. As a direct and proximate result of, and in consequence of the above-described negligence of the Defendant, the damage Plaintiff Mr. Adams' shoulder became irreparable due to retraction and atrophy of the rotor cuff, tendons, muscles and other tissues.

21. Plaintiff Gary Adams is entitled to recover all general and special damages suffered as a direct and proximate result of Defendant's negligence, including but not limited to medical expenses, pain and suffering, emotional distress, loss of enjoyment of life and loss of a chance to recover full or partial use of his shoulder, in amounts to be proven at the time of trial.

### V. SECOND CAUSE OF ACTION
### (Loss of Marital Consortium as to Plaintiff Gayle Adams)

22. Plaintiffs re-allege and incorporate herein, all allegations set forth in paragraphs 1 through 22 above.

COMPLAINT FOR DAMAGES (FTCA) - 7

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

23. Plaintiff Gayle Adams brings a loss of consortium claim as a proximate and legal result of Defendants' negligence, which involves, inter alia, loss of the love and consortium of her marital relationship with Plaintiff Gary Adams.

24. As a direct and proximate result of Defendants' negligence, Plaintiff Ms. Adams has sustained and will continue to suffer a loss of consortium and other benefits in an amount that will be proven at the time of trial, including a loss of love, companionship, comfort, care, assistance, protection, affection, society, moral support, and the loss of the enjoyment of other relations and other incidents incumbent with the husband and wife relationship.

## Prayer for Relief

**NOW, THEREFORE**, Plaintiffs pray for Judgment against Defendant as follows:

1. For Plaintiffs' special and general damages including but not limited to past, present and future medical expenses, pain and suffering, emotional distress, loss of enjoyment of life, loss of a chance of full or partial recovery and loss of marital consortium;

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

2. For Plaintiffs' reasonable attorney's fees and costs as allowed by law and equity; and

3. For such other and further relief as the Court may deem just and proper.

Dated this 2 day of June, 2020.

                      RANDALL | DANSKIN, P.S.

                      By: s/ Shane D. McFetridge
                          Shane D. McFetridge, WSBA #32746
                          Randall | Danskin, P.S.
                          601 W. Riverside Avenue, Suite 1500
                          Spokane, WA 99201
                          Phone: 509-747-2052
                          Fax: 509-624-2528
                          sdm@randalldanskin.com

                          Attorney for Plaintiffs

COMPLAINT FOR DAMAGES (FTCA) - 9

**RANDALL | DANSKIN**
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shane D. McFetridge    sdm@randalldanskin.com
Janet Pryor    jlp@randalldanskin.com
Debbie Miller    dkm@randalldanskin.com

I hereby certify that I caused and have mailed by Unites States Postal Service the document to the following non-CM/ECF participants: NONE.

/s/ SHANE D. MCFETRIDGE
Attorney for Plaintiffs

COMPLAINT FOR DAMAGES (FTCA) - 10

RANDALL | DANSKIN
A Professional Service Corporation
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052